

FILED

DEC 17 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

JAVIER ARTURO PARRA-LOPEZ,

                Defendant.

Case No.: 14CR3421-BEN

**JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION**

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: _____12-17-15_____.

_____
HONORABLE
United States Magistrate Judge